**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-08

UNITED STATES OF AMERICA,

      Plaintiff,

v.

8. SONIA RAMIREZ,

      Defendant.

## MINUTE ORDER[1]

      On December 19, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

      **IT IS ORDERED** that on **February 2, 2012**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing in this matter.

      Dated: December 20, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.