IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Robert E. Blackburn

Criminal Action No. 10-cr-00252-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Sonia Ramirez,

    Defendant.

## ORDER EXONERATING BOND

**Blackburn, J.**

    This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to time served and placed on supervised release. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    Dated May 30, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge