# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00252-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JESUS DELAROSA-SOLIS,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the change of plea hearing set for June 28, 2012, is **VACATED** and is **CONTINUED** to **July 10, 2012**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: June 28, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.