**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-08

UNITED STATES OF AMERICA,

     Plaintiff,

v.

8.  SONIA RAMIREZ,

     Defendant.

---

## MINUTE ORDER[1]

---

     A hearing regarding Violations of Supervised Release is set for **March 28, 2013**, at 11:00 a.m., to be conducted at the United States District Court, 901 19th Street, Denver, Colorado, courtroom A1001 before Judge Robert E. Blackburn, at which time counsel and the defendant shall be present without further notice or order from the court.

     Dated:  February 12, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.