**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8. SONIA RAMIREZ,

    Defendant.

## MINUTE ORDER[1]

    On March 29, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing. After conferring with counsel and with their consent,

    **IT IS ORDERED** that a hearing regarding Violations of Supervised Release is reset for **April 25, 2013**, at 9:00 a.m., at which time counsel and the defendant shall be present without further notice or order from the court.

    Dated: March 29, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.